

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2007

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 18, 2007

**BY FACSIMILE**
Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Edison de los Santos, et al</u>
       07 Cr. 533 (DAB)

Dear Judge Batts:

  The Government writes to respectfully request that a conference in this matter be set for on or about August 20, 2007. Three of the defendants in this matter are in state prison in Pennsylvania. We are awaiting their arrival, by writ, to face the charges in the Southern District of New York, which we expect will be accomplished (via the United States Marshals Service) by that date. Upon their arrival, we expect that counsel will be appointed for each of them, and they can be arraigned in Magistrate Court if they arrive in advance of the conference date. The fourth defendant, Edison de los Santos, already has been arraigned in Magistrate Court in this district.

  The Government requests, with the consent of counsel for Mr. de los Santos, that the time between now and August 20, 2007, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The parties will use the time to continue discussions of a possible pre-trial disposition of the matter, and the Government will prepare discovery for production to Mr. de los Santos (and the other defendants).

/DAB/ GRANTED July 24, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
Tel.: (212) 637-1113

**SO ORDERED**
*Deborah A. Batts*
**DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE**

cc: William Stampur, Esq. (by facsimile)
   counsel for Edison de los Santos



MEMO ENDORSED