

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

September 11, 2007

**BY HAND**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

        Re:    <u>United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)</u>

Dear Judge Batts:

    A pre-trial conference was previously set in the above-referenced case for Tuesday, September 4, 2007 at 10:30 a.m. The Court has now rescheduled that conference for October 24, 2007 at 4:30 p.m.

    Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. Seth C. Farber, Esq. and Allan P. Haber, Esq. have no objection. The Government has not yet been able to confer with the other defense counsel about this new proposed date.

*/DAB/*
*GRANTED*
*9/18/07*
*n. p. t.*
*9/04/07*

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

By:                        
                     Marissa Molé/Eugene Ingoglia
                     Assistant United States Attorneys
                     (212) 637-2275/1113

cc:    William J. Stampur, Esq. (by facsimile)
       Seth C. Farber, Esq. (by facsimile)
       Charles S. Hochbaum, Esq. (by facsimile)
       Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE