```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2007

**BY HAND**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)</u>

Dear Judge Batts:

    A pre-trial conference was previously set in the above-referenced case for October 24, 2007 at 4:30 p.m. The Court has now rescheduled that conference for Monday, October 29, 2007 at 10:30 a.m.

    Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government has produced discovery to the defense counsel, who are reviewing it, and is having discussions about the possibility of disposition with counsel. Seth C. Farber, Esq., William Stampur, Esq. and Charles Hochbaum, Esq. have no objection to the exclusion. The Government has not yet been able to confer with Alan Haber, Esq. about this new date (although a voicemail message was left informing him of the change).

/DAB/
GRANTED
10/24/07

Respectfully submitted,

**SO ORDERED**
*Deborah A. Batts*

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1913

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

cc:    William J. Stampur, Esq. (by facsimile)
         Seth C. Farber, Esq. (by facsimile)
         Charles S. Hochbaum, Esq. (by facsimile)
         Allan P. Haber, Esq. (by facsimile)

MEMO ENDORSED