

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2·22·2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

### BY FAX (212-805-7902)

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

#### Re:   United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)

Dear Judge Batts:

/DAB/

A pre-trial conference was previously set in the above-referenced case for February 26, GRANTED
2008 at 4:30 p.m. The Government and the defense respectfully request that the conference be   2/22/2008
adjourned, and rescheduled to a date convenient for the Court after April 1, 2008.

The Government respectfully requests that time be excluded from speedy trial   /DAB/
calculations until that date. The Government has produced discovery to the defense counsel.   GRANTED
who are reviewing it, and is having discussions about the possibility of disposition with counsel. 2/22/2008
Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and Charles Hochbaum, Esq. have
no objection to the exclusion.

Respectfully submitted,

*The conference is now
scheduled to take place
Monday, April 7, 2008 at
10:30 am. In the interests
of justice time is excluded
from Speedy Trial calculations
until that date.*

cc:   William J. Stampur, Esq. (by facsimile)
Seth C. Farber, Esq. (by facsimile)
Charles S. Hochbaum, Esq. (by facsimile)
Allan P. Haber, Esq. (by facsimile)

MICHAEL J. GARCIA
United States Attorney

By:

Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

## SO ORDERED

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**